James A. Marley, appellee, v. Anders E. Anderson, appellant. Gen. No. 26,498.

Assumpsit upon a contract for the exchange of real estate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 31, 1921.

Charles M. Haft, for appellant. Otto G. Ryden, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Mary Dowling, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 26,535.

Action for damages for personal injuries to a street car passenger due to a sudden starting of the car while she was alighting. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921.

Thomas J. Symmes and Watson J. Ferry, for appellants; W. J. Gurley and J. R. Guilliams, of counsel. Abram E. Mabie and A. H. Ranes, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Earl A. Russell, trading as Builders Mill Company, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 26,612.

Action against a common carrier for failure to deliver window frames shipped by plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921. Rehearing denied October 31, 1921.

Kretzinger, Kretzinger & Smith, for appellant; L. L. Smith, of counsel. Walter H. Eckert and Warren B. Buckley, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Minnie E. Skelly, appellant, v. Raymond P. Olesen, administrator, appellee. Gen. No. 26,626.

Bill in equity against an administrator to charge a bank as trustee in complainant's favor of a sum of money deposited in the name of deceased. Decree for defendant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 17, 1921.

Haight, Adcock, Haight & Harris, for appellant. Shelley B. Neltnor and Einar C. Howard, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.